PEOPLE, Respondent, v. KARDACH, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 26, 1915.) Proceeding by the People of the State of New York against Peter Kardach.

PER CURIAM. Judgment of conviction and order affirmed.

LAMBERT, J., dissents, upon the ground that the admission of the evidence of the implication of the defendant in independent burglaries in no wise connected with the property mentioned in the indictment was prejudicial error requiring a reversal. See People v. Doty, 175 N. Y. 164, 67 N. E. 303.

PEOPLE, Respondent, v. KIRSCHMAN, Appellant. (Supreme Court, Appellate Division, First Department. April 30, 1915.) Proceeding by the People of the State of New York against Jacob Kirschman. G. A. Teitelbaum, of New York City, for appellant. R. S. Johnstone, of New York City, for respondent. No opinion. Judgment affirmed. Order filed.

PEOPLE, Respondents, v. LASTER, Appellant. (Supreme Court, Appellate Division, Second Department. April 9, 1915.) Proceeding by the People of the State of New York against James Laster. No opinion. Judgment of conviction of the Court of Special Sessions affirmed.

PEOPLE v. LEVINE. (Supreme Court, Appellate Division, First Department. April 1, 1915.) Proceeding by the People of the State of New York against Harry Levine, alias Beckerman, in which Benjamin Cohen appeals. C. G. F. Wahle, of New York City, for appellant. R. H. Mitchell, of New York City, for respondent. No opinion. Order affirmed. Order filed.

PEOPLE, Respondent, v. LICANZIATO, Appellant. (Supreme Court, Appellate Division, First Department. April 23, 1915.) Proceeding by the People of the State of New York against Carmine Licanziato. A. D. Pape, of New York City, for appellant. S. L. Richter, of New York City, for respondent. No opinion. Judgment affirmed. Order filed.

PEOPLE v. LUTZ. (Supreme Court, Appellate Division, First Department. April 16, 1915.) Proceeding by the People of the State of New York against Warren S. Lutz. No opinion. Motion to dismiss appeal granted, unless appellant complies with terms stated in order. Order filed.

PEOPLE, Respondent, v. MILLER. SAME v. BROWN et al. (Supreme Court, Appellate Division, First Department. March 19, 1915.) Proceedings by the People of the State of New York against Joseph Miller and against Harry Brown and another. N. Tolk, of New York City, for appellants. S. L. Richter, of New York City, for the People. No opinion. Orders affirmed. Orders filed. See, also, 151 N. Y. Supp. 1135, 1136.

PEOPLE, Respondent, v. MOYER et al., Appellants. (Supreme Court, Appellate Division, First Department. April 9, 1915.) Proceeding by the People of the State of New York against John H. Moyer and another. I. L. Broadwin, of New York City, for appellants. L. Fabricant, of New York City, for respondent. No opinion. Judgment affirmed. Order filed.

PEOPLE, Respondent, v. NOVICK, Appellant. (Supreme Court, Appellate Division, Second Department. April 16, 1915.) Proceeding by the People of the State of New York against Sarah Novick.

PER CURIAM. Judgment of conviction of the Court of Special Sessions affirmed.

BURR, J., not voting.

PEOPLE, Respondent, v. O'BRIEN, Appellant. (Supreme Court, Appellate Division, First Department. May 7, 1915.) Proceeding by the People of the State of New York against James J. O'Brien. J. E. Wilkinson, of New York City, for appellant. L. Fabricant, of New York City, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE, Respondent, v. PARK ROW REALTY CO., Appellant, et al. (Supreme Court, Appellate Division, Third Department. May 5, 1915.) Proceeding by the People of the State of New York against the Park Row Realty Company, impleaded with others. No opinion. Interlocutory judgment (in 88 Misc. Rep. 254, 151 N. Y. Supp. 804) affirmed, with costs, with usual leave to defendant to withdraw demurrer, and answer upon payment of costs at Special Term and in this court.

PEOPLE v. RIBLE. (Supreme Court, Appellate Division, First Department. April 30, 1915.) Proceeding by the People of the State of New York against Adolph Rible. No opinion. Motion to dismiss appeal granted, unless appellant comply with terms stated in order. Order filed.

PEOPLE, Respondent, v. ROMA, Appellant. (Supreme Court, Appellate Division, Second Department. March 5, 1915.) Proceeding by the People of the State of New York against Charles Roma. No opinion. Judgment of conviction of the Court of Special Sessions affirmed by default. See, also, 151 N. Y. Supp. 1136.

PEOPLE v. SANDOR. (Supreme Court, Appellate Division, First Department. April 1, 1915.) Proceeding by the People of the State of New York against Maurice J. Sandor. No opinion. Motion granted, unless appellant stipulates to vacate certificate of reasonable doubt and serve the printed case and place case on calendar so that same can be heard on April 13, 1915. Settle order on notice.